# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0274.  MARK JULIAN KERLIN v. ANGELA REAVES-PHAMS et al.**

We dismissed this application for discretionary review on March 17, 2025. Mark Kerlin has filed a motion for reconsideration. We GRANT the motion for reconsideration and VACATE our March 17, 2025 order dismissing the application, which is hereby REINSTATED. Upon consideration of the merits of the application for discretionary review, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/16/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*